OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ~~FILED'08 FEB 12 11:40USDC-ORP~~

UNITED STATES OF AMERICA
V.

Mark Allyn Hoffman
1625 SE Roberts Drive, Apt. #D 221
Gresham, Oregon, 97080

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 08-mj-417

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **03/06 - 2/07** (Date) in **Multnomah** County, in the _____ District of **Oregon** defendant(s) did,

(Track Statutory Language of Offense)
Defendant knowingly employed, used, induced, enticed, or coerced Jane Doe, a minor, to engage in sexually explicit conduct, namely the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, and having actually been transported in interstate commerce, all in violation of Title 18, United States Code, § 2252(a) and (e).

in violation of Title **18** United States Code, Section(s) **2251(a) and (e)**.

I further state that I am a(n) **FBI Special Agent** and that this complaint is based on the following facts:

See attached Affidavit which is hereby incorporated by reference.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_Jane Brillhart_
Signature of Complainant

Jane Brillhart
Printed Name of Complainant

Sworn to before me and signed in my presence,

**February 12, 2008**       at   Portland, Oregon
Date                              City          State

JANICE M. STEWART   U.S. Magistrate Judge
Name of Judge       Title of Judge       Signature of Judge